UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

        Plaintiff,

  v.

DUBIN LAW GROUP, *et al.*,

        Defendants.

Case No. C23-1269-JHC

ORDER

Having reviewed Plaintiff Cortez Daundre Jones' application to proceed in forma pauperis ("IFP"), Dkt. # 1, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. # 5, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Court further notes that Plaintiff left blank certain portions of his application.

    (3)    Plaintiff's IFP application is DENIED. Plaintiff is directed to pay the $402.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to dismiss this action without prejudice and to close the file.

ORDER - 1

        (4)       The Court STRIKES Plaintiff's Objections at Dkt. # 4 as procedurally improper; among other things, there was no report and recommendation on file at the time the objections were filed.

        (5)       The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 31st day of August, 2023

*John H. Chun*

JOHN H. CHUN  
United States District Judge

ORDER - 2