1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

              Plaintiff,

     v.

DUBIN LAW GROUP et al.,

              Defendants.

CASE NO. 2:23-cv-01269-JHC

ORDER

Before the Court is non-represented Plaintiff Cortez D. Jones's complaint against Defendants Dubin Law Group *et al.* (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP").  Dkt. # 1.  On August 30, 2023, Magistrate Judge Peterson recommended the immediate denial of Plaintiff's IFP application.  Dkt. # 5.  On August 31, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order.  *See* LCR 3(a).  The Court clarified that if Plaintiff failed to do so, the matter would be dismissed.  Dkt. # 6.  Because thirty (30) days have passed since the Court's order (Dkt. # 6), the Clerk is directed to close and terminate this matter.

     //

ORDER - 1

Dated this 20th day of October, 2023.

John H. Chun
United States District Judge

ORDER - 2